UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SOUTHERN STATES OFFSHORE, INC., | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-12-3024 |
| | § | |
| CRAIG FAILS, | § | |
|     *Defendant*. | § | |
| | | |
| CRAIG FAILS, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-12-3389 |
| | § | |
| SOUTHERN STATES OFFSHORE, INC., | § | |
|     *Defendant*. | § | |

## ORDER

Southern States's unopposed motion to consolidate (Dkt. 11) is GRANTED. It is therefore ORDERED that Civil Action 4:12-cv-3389, *Craig Fails v. Southern States Offshore, Inc.*, is CONSOLIDATED into Civil Action 4:12-cv-3024, *Southern States Offshore, Inc. v. Craig Fails*, where all future filings are to be made. Any motions pending in Civil Action 4:12-cv-3389 must be re-urged upon consolidation. It is further ORDERED that the parties will be realigned as follows: plaintiff, Craig Fails vs. defendant, Southern States Offshore, Inc. It is further ORDERED that Fails's motion to dismiss (Dkt. 9) is DENIED.

Signed at Houston, Texas on February 20, 2013.

_____
Gray H. Miller
United States District Judge